child (*see generally Matter of Jose R.*, 32 AD3d 1284, 1285 [2006], *lv denied* 7 NY3d 718 [2006]). The court's sole concern at the dispositional hearing was the best interests of the children (*see* Family Ct Act § 631; *Matter of Star Leslie W.*, 63 NY2d 136, 147 [1984]), and the record of that hearing establishes that respondent lacked space in her home to accommodate the children and that she had no stable employment (*see Matter of Brian C.*, 32 AD3d 1224 [2006], *lv denied* 7 NY3d 717 [2006]). The record further establishes that the minimal progress made by respondent in addressing her own personal issues was insufficient to establish that she was able to assist the children with their special needs. The court's determination that respondent was not likely to change sufficiently to enable her to parent the children is entitled to great deference (*see generally Matter of Nathaniel T.*, 67 NY2d 838, 842 [1986]; *Matter of Philip D.*, 266 AD2d 909 [1999]), and we thus conclude that "any progress that respondent made 'was not sufficient to warrant any further prolongation of the child[ren]'s unsettled familial status' " (*Jose R.*, 32 AD3d at 1285). Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ In the Matter of DAKOTA S., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHARITY S., Appellant, et al., Respondent. (Appeal No. 2.) [832 NYS2d 857]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered June 20, 2006 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, adjudged that the child is a permanently neglected child and terminated the parental rights of respondent Charity S.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Brendan S.* (39 AD3d 1189 [2007]). Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ In the Matter of FAITH S., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHARITY S., Appellant, et al., Respondent. (Appeal No. 3.) [832 NYS2d 850]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered June 20, 2006 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, adjudged that the child is a permanently neglected child and terminated the parental rights of respondent Charity S.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Brendan S.* (39 AD3d 1189 [2007]). Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ In the Matter of PATRICK D. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; MARY D., Appellant. [833 NYS2d 421]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered June 20, 2005 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that the children are neglected children and placed respondent under the supervision of petitioner for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ JAMES V. AQUAVELLA, M.D., P.C., et al., Appellants, v RALPH S. VIOLA, M.D., Respondent. (Appeal No. 1.) [832 NYS2d 852]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 7, 2006. The order denied plaintiffs' motion for partial summary judgment and granted defendant's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ JAMES V. AQUAVELLA, M.D., P.C., et al., Appellants, v RALPH S. VIOLA, M.D., Respondent. (Appeal No. 2.) [834 NYS2d 808]—

Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 27, 2006. The order, insofar as appealed from, upon reargument, denied in part